**FILED**

JAN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

PAUL RUIZ,                          )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        Civil Action No.    08 0135
                                    )
KING GEORGE W. BUSH, *et al.*,      )
                                    )
            Defendants.             )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED,

and it is

FURTHER ORDERED the complaint is DISMISSED with prejudice.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


_____
United States District Judge

Date: *January 15, 2008*

( P|                                                    *5*